IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JAMES C. LAIRD | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION |
| | ) | FILE NO. 1:16-cv-0004 |
| RESTAURANT EQUIPMENT MARKET, LLC, a Georgia Corporation and SANDRA XING, Individual, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**ORDER GRANTING**
**JOINT MOTION TO APPROVE SETTLEMENT AGREEMENT AND**
**DISMISS CASE WITH PREJUDICE**

THIS CAUSE is before the Court upon the Joint Motion to Approve Settlement Agreement and Dismiss Case with Prejudice (the "Motion"). The Court has carefully considered the Motion and is otherwise fully advised in the premises. Accordingly, it is ORDERED AND ADJUDGED as follows:

Plaintiff's claims arose pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201, et seq., and the parties have submitted a settlement agreement (the "Agreement") for this Court's approval. Following review of the Agreement, the Court determines that the terms for the settlement of this litigation, including the amounts contemplated to be paid to Plaintiff and Plaintiff's attorneys, are fair and reasonable and satisfy the standard for approval under 29 U.S.C. § 216(b).

Accordingly, the Motion is hereby GRANTED.

This Court APPROVES the settlement of this litigation and orders that the settlement be implemented according to the terms of the Settlement Agreement.

Neither this Order, the Agreement, nor any other documents or information relating to the settlement of this action shall constitute, be construed to be, or be admissible in any proceeding as evidence of (1) an adjudication of the merits of this case; (2) that any party has prevailed in this case; or (3) that the Defendants have engaged in any wrongdoing.

The parties shall bear their respective attorneys' fees and costs, except as otherwise delineated by the Agreements.

This Court reserves jurisdiction for thirty (30) days from the entry of this Order only for purposes of enforcing the payment terms of the Agreement.

Pursuant to the Federal Rules of Civil Procedure and any applicable local rules of this Court, this Court DISMISSES WITH PREJUDICE all claims that are raised in the above-styled lawsuit by Plaintiff.

SO ORDERED this 16th day of August, 2016.

HONORABLE RICHARD W. STORY
UNITED STATES DISTRICT COURT JUDGE